**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-7443**

In Re:  DENNIS RAY GRAVES,

Petitioner.

On Petition for Writ of Scire Facias
(CA-03-1259)

Submitted:  December 16, 2004      Decided:  December 23, 2004

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Dennis Ray Graves, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Ray Graves petitions this court for writ of scire facias. Having failed to obtain authorization from this court to file a second or successive petition under 28 U.S.C. § 2254 (2000), we find that Graves is not entitled to relief. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of scire facias. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>